NOVEMBER 26, 1973

No. 72–1275. VICENTI v. UNITED STATES. C. A. 10th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

NOVEMBER 28, 1973

No. 73–5588. ADAMS v. NEBRASKA. Sup. Ct. Neb. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

NOVEMBER 29, 1973

No. 73–5398. JONES v. CALIFORNIA. Sup. Ct. Cal. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

NOVEMBER 30, 1973

No. 73–828. FILTROL CORP. v. UNION CARBIDE CORP. C. A. 9th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.